CA06-91T

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 5 2006

FILED
CLERK'S OFFICE

***DOCKET NO. 1596***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-48)***

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 415 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-48 - TAG-ALONG ACTIONS
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA NORTHERN | |
| ALN 2 06-569 | Crystal Wesley v. Eli Lilly & Co., et al. |
| ALN 2 06-603 | Jerry Turner v. Eli Lilly & Co. |
| ALN 2 06-604 | Diane Wayne, et al. v. Eli Lilly & Co. |
| ALN 2 06-656 | Miriam Clarke, et al. v. Eli Lilly & Co., et al. |
| ALN 5 06-576 | Pamela Jackson v. Eli Lilly & Co., et al. |
| ALN 7 06-634 | Vanessa Brownlee v. Eli Lilly & Co., et al. |
| ALN 7 06-636 | Donna K. Anderson v. Eli Lilly & Co., et al. |
| ALABAMA SOUTHERN | |
| ALS 2 06-193 | Magdalene Wright v. Eli Lilly & Co., et al. |
| ARIZONA | |
| AZ 2 06-577 | Yolanda Chavez, et al. v. Eli Lilly & Co. |
| AZ 2 06-608 | Mitchell Beck v. Eli Lilly & Co. |
| AZ 4 06-101 | Michelle Bottineau v. Eli Lilly & Co. |
| CALIFORNIA CENTRAL | |
| CAC 2 06-1938 | Karl Scoggins, et al. v. Eli Lilly & Co., et al. |
| CAC 2 06-1944 | Patricia Godley, et al. v. Eli Lilly & Co., et al. |
| CAC 2 06-2008 | Joel Algario, et al. v. Eli Lilly & Co., et al. |
| CAC 2 06-2010 | Janet McCoy, et al. v. Eli Lilly & Co., et al. |
| CALIFORNIA NORTHERN | |
| CAN 3 06-37 | Robin McCoy v. Eli Lilly & Co. |
| DELAWARE | |
| DE 1 06-134 | Dewitt Peterkin v. Eli Lilly & Co. |
| DE 1 06-135 | Darrell C. Brown v. Eli Lilly & Co. |
| FLORIDA NORTHERN | |
| FLN 3 06-81 | Paul D. Bridges, Jr. v. Eli Lilly & Co. |
| GEORGIA NORTHERN | |
| GAN 1 06-756 | Joannae L. Sheffield v. Eli Lilly & Co. |
| ILLINOIS SOUTHERN | |
| ILS 3 06-179 | Richard D. Rogart, et al. v. Eli Lilly & Co. |
| ILS 3 06-180 | Billie James Thompson, Jr., et al. v. Eli Lilly & Co. |
| ILS 3 06-269 | Linda Perry, et al. v. Eli Lilly & Co. |
| INDIANA NORTHERN | |
| INN 4 06-23 | John Partin, et al. v. Eli Lilly & Co. |
| INN 4 06-24 | Alan Jaggie, et al. v. Eli Lilly & Co. |
| INN 4 06-25 | Huey Hendrix, et al. v. Eli Lilly & Co. |
| INN 4 06-26 | Mary Slade, et al. v. Eli Lilly & Co. |
| INN 4 06-27 | Lynette Hanson, et al. v. Eli Lilly & Co. |
| INN 4 06-28 | Nancy Emanuel, et al. v. Eli Lilly & Co. |
| INN 4 06-29 | Raleigh Harris, et al. v. Eli Lilly & Co. |
| INN 4 06-30 | Leland Bond, et al. v. Eli Lilly & Co. |
| INN 4 06-31 | Faye Hood, et al. v. Eli Lilly & Co. |
| INN 4 06-32 | Melissa Bidy, et al. v. Eli Lilly & Co. |
| INN 4 06-33 | Patricia Trimble, et al v. Eli Lilly & Co. |
| INN 4 06-34 | Ernest Moorer, et al. v. Eli Lilly & Co. |
| INN 4 06-35 | George Horn, et al. v. Eli Lilly & Co. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| INN 4 06-36 | Carol Lee Moore, et al. v. Eli Lilly & Co. |
| INN 4 06-37 | Wayne Adams, et al. v. Eli Lilly & Co. |
| INN 4 06-38 | Mary Billings, et al. v. Eli Lilly & Co. |
| INN 4 06-39 | David Wilkison, et al. v. Eli Lilly & Co. |
| INN 4 06-40 | Richard Eickhoff, et al. v. Eli Lilly & Co. |
| INN 4 06-41 | Vaunita Duval, et al. v. Eli Lilly & Co. |
| INN 4 06-42 | Ada Adair, et al. v. Eli Lilly & Co. |
| INN 4 06-43 | Yvonee Dupain, et al. v. Eli Lilly & Co. |
| INN 4 06-44 | Allen Ames, et al. v. Eli Lilly & Co. |
| INN 4 06-45 | James Harstad, et al. v. Eli Lilly & Co. |
| INN 4 06-47 | John Cole, et al. v. Eli Lilly & Co. |
| INN 4 06-72 | Marc Scaillet, et al. v. Eli Lilly & Co. |
| INN 4 06-73 | James Anthony, et al. v. Eli Lilly & Co. |
| INN 4 06-74 | James Alexander, et al. v. Eli Lilly & Co. |
| MASSACHUSETTS | |
| MA 1 06-10370 | John W. Willwerth v. Eli Lilly & Co. |
| MINNESOTA | |
| MN 0 06-1252 | Anthony Grippando v. Eli Lilly & Co. |
| MN 0 06-1253 | Dennis Fox v. Eli Lilly & Co. |
| MN 0 06-1254 | Marsha Murphy v. Eli Lilly & Co. |
| MN 0 06-1255 | Amy Salerno v. Eli Lilly & Co. |
| MN 0 06-1256 | Lynn Randall v. Eli Lilly & Co. |
| MN 0 06-1257 | Frederick Pernell v. Eli Lilly & Co. |
| MN 0 06-1258 | Rozanne Gay v. Eli Lilly & Co. |
| MN 0 06-1259 | James Faraguna v. Eli Lilly & Co. |
| MN 0 06-1260 | James Prendergast v. Eli Lilly & Co. |
| NEW JERSEY | |
| NJ 1 06-943 | Sally Benson v. Eli Lilly & Co. |
| NJ 2 06-910 | Alice M. Montero v. Eli Lilly & Co. |
| NJ 2 06-914 | Janis E. Dropkin v. Eli Lilly & Co. |
| NEW YORK SOUTHERN | |
| NYS 1 06-1604 | Ellen Henderson v. Eli Lilly & Co. |
| NYS 1 06-1605 | Renee M. Myers v. Eli Lilly & Co. |
| NYS 1 06-1606 | Luis A. Roman v. Eli Lilly & Co. |
| NYS 1 06-1607 | Edward C. Anderes v. Eli Lilly & Co. |
| NYS 1 06-1608 | Dodd W. Kleinschmidt v. Eli Lilly & Co. |
| NYS 1 06-1609 | Charles S. Kellerhouse v. Eli Lilly & Co. |
| NYS 1 06-1610 | Warren Farrell v. Eli Lilly & Co. |
| NYS 1 06-1611 | Gary F. Gilson v. Eli Lilly & Co. |
| OHIO NORTHERN | |
| OHN 1 06-739 | Mary M. Svigelj, etc. v. Eli Lilly & Co. |
| OREGON | |
| OR 1 06-279 | Elton A. Linde v. Eli Lilly & Co. |
| PENNSYLVANIA EASTERN | |
| PAE 2 06-866 | Kim Thomas v. Eli Lilly & Co. |
| PAE 2 06-911 | Edward S. Kuzma, Jr. v. Eli Lilly & Co. |
| PAE 2 06-912 | Melda E. Ayres v. Eli Lilly & Co. |
| PAE 2 06-913 | Randell E. Devlin v. Eli Lilly & Co. |
| PAE 2 06-914 | Albert G. Sucillon v. Eli Lilly & Co. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| PAE 2 06-939 | John R. Farrington, et al. v. Eli Lilly & Co. |
| RHODE ISLAND | |
| RI 1 06-91 | Nancy H. Hodgson v. Eli Lilly & Co. |
| TENNESSEE MIDDLE | |
| TNM 3 06-173 | Johnny Spann v. Eli Lilly & Co. |
| TNM 3 06-174 | Kenneth S. Hale v. Eli Lilly & Co. |
| TEXAS SOUTHERN | |
| TXS 4 06-651 | Mylyssa M. McDonald v. Eli Lilly & Co. |
| TXS 4 06-1031 | Mary Ferguson v. Eli Lilly & Co., et al. |
| TEXAS WESTERN | |
| TXW 2 06-11 | Willie Mazon, et al. v. Eli Lilly & Co. |
| TXW 5 06-187 | Laverne A. Martin v. Eli Lilly & Co. |
| VERMONT | |
| VT 2 06-45 | Matthew Percy v. Eli Lilly & Co. |

**INVOLVED JUDGES LIST (CTO-48)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

Hon. Percy Anderson
U.S. District Judge
163 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Harold Baer, Jr.
Senior U.S. District Judge
2230 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Harvey Bartle, III
Chief Judge, U.S. District Court
16614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Sharon Lovelace Blackburn
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Susan Ritchie Bolton
U.S. District Judge
522 Sandra Day O'Connor U.S.
Courthouse, SPC 50
401 West Washington Street
Phoenix, AZ 85003-2153

Hon. Dennis M. Cavanaugh
U.S. District Judge
MLK, Jr. Fed. Bldg. & Courthouse
50 Walnut Street, Rm. 2070
PO Box 999
Newark, NJ 07101

Hon. Denny Chin
U.S. District Judge
1020 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. John P. Cooney
U.S. Magistrate Judge
302 James A. Redden Federal
Courthouse
310 West Sixth Street
Medford, OR 97501

Hon. Florence-Marie Cooper
U.S. District Judge
760 Edward R. Roybal Federal
Building & Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Robert L. Echols
U.S. District Judge
A-824 Estes Kefauver Federal
Building & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Peter C. Economus
U.S. District Judge
313 Federal Building
& U.S. Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

Hon. Dale S. Fischer
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. H. Russel Holland
Senior U.S. District Judge
Federal Bldg. & U.S. Courthouse
Box 54
222 West 7th Ave.
Anchorage, AK 99513

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Peter K. Leisure
Senior U.S. District Judge
1910 Daniel Patrick Moyniham
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Alia M. Ludlum
U.S. District Judge
A-202 U.S. Courthouse
111 East Broadway Street
Del Rio, TX 78840

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal
Building
316 North Robert Street
St. Paul, MN 55101

Hon. Victor Marrero
U.S. District Judge
414 Thurgood Marshall
U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. Lawrence M. McKenna
Senior U.S. District Judge
1640 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Michael B. Mukasey
Chief Judge, U.S. District Court
2240 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
255 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Charles R. Pyle
U.S. Magistrate Judge
5660 Evo A. DeConcini
U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5055

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Sue L. Robinson
Chief Judge, U.S. District Court
J. Caleb Boggs Federal Building
844 North King Street
Lock Box 31
Wilmington, DE 19801-3519

Hon. Xavier Rodriguez
U.S. District Judge
United States District Court
John H. Wood, Jr., U.S. Courthouse
655 East Durango Blvd.
San Antonio, TX 78206

Hon. Leonard B. Sand
Senior U.S. District Judge
1650 U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. William K. Sessions, III
Chief Judge, U.S. District Court
P.O. Box 928
Burlington, VT 05402

Hon. Allen Sharp
Chief Judge, U.S. District Court
124 Robert A. Grant Federal Bldg.
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Richard G. Stearns
U.S. District Judge
7130 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. William D. Stiehl
Senior U.S. District Judge
P.O. Box 249
E. St. Louis, IL 62202

Hon. Thomas W. Thrash, Jr.
U.S. District Judge
2188 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
363 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903-1779

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. C. Roger Vinson
Senior U.S. District Judge
520 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502

Hon. Freda L. Wolfson
U.S. District Judge
6050 Clarkson S.
Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1753