04 md 1596

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 11, 2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 7 2006 ★
P.M.
TIME A.M.

Rec'd 5/18/06

5/17/06

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-48)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 25, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Jack B. Weinstein
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 5 2006

FILED
CLERK'S OFFICE

***DOCKET NO. 1596***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-48)***

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 415 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

SCHEDULE CTO-48 - TAG-ALONG ACTIONS
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA NORTHERN | |
| ALN 2 06-569 | Crystal Wesley v. Eli Lilly & Co., et al. |
| ALN 2 06-603 | Jerry Turner v. Eli Lilly & Co. |
| ALN 2 06-604 | Diane Wayne, et al. v. Eli Lilly & Co. |
| ~~ALN 2 06-656~~ | ~~Miriam Clarke, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/11/06 |
| ALN 5 06-576 | Pamela Jackson v. Eli Lilly & Co., et al. |
| ~~ALN 7 06-634~~ | ~~Vanessa Brownlee v. Eli Lilly & Co., et al.~~ Opposed 5/2/06 |
| ALN 7 06-636 | Donna K. Anderson v. Eli Lilly & Co., et al. |
| ALABAMA SOUTHERN | |
| ALS 2 06-193 | Magdalene Wright v. Eli Lilly & Co., et al. |
| ARIZONA | |
| AZ 2 06-577 | Yolanda Chavez, et al. v. Eli Lilly & Co. |
| AZ 2 06-608 | Mitchell Beck v. Eli Lilly & Co. |
| AZ 4 06-101 | Michelle Bottineau v. Eli Lilly & Co. |
| CALIFORNIA CENTRAL | |
| ~~CAC 2 06-1938~~ | ~~Karl Scoggins, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/3/06 |
| ~~CAC 2 06-1944~~ | ~~Patricia Godley, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/8/06 |
| ~~CAC 2 06-2008~~ | ~~Joel Algario, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/11/06 |
| ~~CAC 2 06-2010~~ | ~~Janet McCoy, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/3/06 |
| CALIFORNIA NORTHERN | |
| CAN 3 06-37 | Robin McCoy v. Eli Lilly & Co. |
| DELAWARE | |
| DE 1 06-134 | Dewitt Peterkin v. Eli Lilly & Co. |
| DE 1 06-135 | Darrell C. Brown v. Eli Lilly & Co. |
| FLORIDA NORTHERN | |
| FLN 3 06-81 | Paul D. Bridges, Jr. v. Eli Lilly & Co. |
| GEORGIA NORTHERN | |
| GAN 1 06-756 | Joannae L. Sheffield v. Eli Lilly & Co. |
| ILLINOIS SOUTHERN | |
| ILS 3 06-179 | Richard D. Rogart, et al. v. Eli Lilly & Co. |
| ILS 3 06-180 | Billie James Thompson, Jr., et al. v. Eli Lilly & Co. |
| ~~ILS 3 06-269~~ | ~~Linda Perry, et al. v. Eli Lilly & Co.~~ Opposed 5/5/06 |
| INDIANA NORTHERN | |
| ~~INN 4 06-23~~ | ~~John Partin, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-24~~ | ~~Alan Jaggie, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-25~~ | ~~Huey Hendrix, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-26~~ | ~~Mary Slade, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-27~~ | ~~Lynette Hanson, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-28~~ | ~~Nancy Emanuel, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-29~~ | ~~Raleigh Harris, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-30~~ | ~~Leland Bond, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-31~~ | ~~Faye Hood, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-32~~ | ~~Melissa Bidy, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-33~~ | ~~Patricia Trimble, et al v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-34~~ | ~~Ernest Moorer, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-35~~ | ~~George Horn, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |

SCHEDULE CTO-48 TAG-ALONG ACTIONS (MDL-1596)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| PAE 2 06-939 | John R. Farrington, et al. v. Eli Lilly & Co. |
| RHODE ISLAND | |
| RI 1 06-91 | Nancy H. Hodgson v. Eli Lilly & Co. |
| TENNESSEE MIDDLE | |
| TNM 3 06-173 | Johnny Spann v. Eli Lilly & Co. |
| TNM 3 06-174 | Kenneth S. Hale v. Eli Lilly & Co. |
| TEXAS SOUTHERN | |
| TXS 4 06-651 | Mylyssa M. McDonald v. Eli Lilly & Co. |
| TXS 4 06-1031 | Mary Ferguson v. Eli Lilly & Co., et al. |
| TEXAS WESTERN | |
| TXW 2 06-11 | Willie Mazon, et al. v. Eli Lilly & Co. |
| TXW 5 06-187 | Laverne A. Martin v. Eli Lilly & Co. |
| VERMONT | |
| VT 2 06-45 | Matthew Percy v. Eli Lilly & Co. |

# INVOLVED COUNSEL LIST (CTO-48)
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Andrew Agati
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Andrew C. Allen
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

Andrea Bierstein
Hanly, Conroy, Bierstein, Sheridan, Fisher, et al.
112 Madison Avenue
7th Floor
New York, NY 10016-7416

Ian Connor Bifferato
Bifferato Gentilotti Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Brian S. Campf
Williams, Love, O'Leary, Craine & Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Lee L. Coleman
Hughes & Coleman
444 James Robertson Parkway
Suite 201
Nashville, TN 37219

Jayne Conroy
Hanly, Conroy, Bierstein, Sheridan, Fisher, et al.
112 Madison Avenue
Suite 700
New York, NY 10016-7416

Andrew B. Cooke
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338

J. Aaron Cooke
Cooke Law Firm
331 Columbia Street
P.O. Box 188
Lafayette, IN 47902-0188

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Collen T. Davis
Reed Smith, LLP
1999 Harrison Street
Suite 2600
P.O. Box 2084
Oakland, CA 94604-2084

Timothy C. Davis
Heninger Garrison & Davis, LLC
2224 First Avenue North
P.O.Box 11310
Birmingham, AL 35205

Jody L. DeFord
Ice Miller
One American Square
Suite 3100
Indianapolis, IN 46282-0200

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

John F. Evers
O'Neill, Kellner & Green, P.C.
159 Bank Street
P.O. Box 5359
Burlington, VT 05402-5359

Leigh Ann Forstman
Pittman, Hooks, Dutton, Kirby & Hellums, PC
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

W. Lewis Garrison, Jr.
Heninger Garrison & Davis, LLC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35203-1310

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Neil J. Harrington
Junker, Shiaras & Harrington, PC
3004 N. 68th Street
Scottsdale, AZ 85251

Krystal M. Hauserman
Krystal M. Hauserman Law Offices
241 South Doheny Drive, Apt., 102
Beverly Hills, CA 90211

Larry E. Hepler
Burroughs & Hepler
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Jessica Intermill
Faegre & Benson, LLP
90 S. 7th Street
Suite 2200
Minneapolis, MN 55402-3901

Maura Kolb
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Janet H. Kwuon
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

David J. Lumber
Guerra & Moore
4201 N. McColl Road
McAllen, TX 78504

INVOLVED JUDGES LIST (CTO-48)

DOCKET NO. 1596

IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

~~Hon. Percy Anderson~~
~~U.S. District Judge~~
~~163 United States Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Hon. Harold Baer, Jr.
Senior U.S. District Judge
2230 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Harvey Bartle, III
Chief Judge, U.S. District Court
16614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Sharon Lovelace Blackburn
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Susan Ritchie Bolton
U.S. District Judge
522 Sandra Day O'Connor U.S.
Courthouse, SPC 50
401 West Washington Street
Phoenix, AZ 85003-2153

Hon. Dennis M. Cavanaugh
U.S. District Judge
MLK, Jr. Fed. Bldg. & Courthouse
50 Walnut Street, Rm. 2070
PO Box 999
Newark, NJ 07101

Hon. Denny Chin
U.S. District Judge
1020 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. John P. Cooney
U.S. Magistrate Judge
302 James A. Redden Federal
Courthouse
310 West Sixth Street
Medford, OR 97501

~~Hon. Florence-Marie Cooper~~
~~U.S. District Judge~~
~~760 Edward R. Roybal Federal~~
~~Building & Courthouse~~
~~255 East Temple Street~~
~~Los Angeles, CA 90012~~

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Robert L. Echols
U.S. District Judge
A-824 Estes Kefauver Federal
Building & U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Peter C. Economus
U.S. District Judge
313 Federal Building
& U.S. Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

~~Hon. Dale S. Fischer~~
~~U.S. District Judge~~
~~G-8 United States Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. H. Russel Holland
Senior U.S. District Judge
Federal Bldg. & U.S. Courthouse
Box 54
222 West 7th Ave.
Anchorage, AK 99513

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

# INVOLVED CLERKS LIST (CTO-48)
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Charles R. Diard, Jr., Clerk
123 John A. Campbell
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

David A. DiMarzio, Clerk
356 John O. Pastore
Federal Building
Two Exchange Terrace
Providence, RI 02903

Donald M. Cinnamond, Clerk
James A. Redden U.S. Courthouse
310 6th Street
Medford, OR 97501

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes
U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Luther D. Thomas, Clerk
2211 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Perry D. Mathis, Clerk
140 Hugo L. Black
U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Building
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Richard H. Weare, Clerk
130 Sandra Day O'Connor
U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard H. Weare, Clerk
1500 Evo A. DeConcini
U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5010

Richard P. Wasko, Clerk
P.O. Box 945
Burlington, VT 05402

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

~~Sherri R. Carter, Clerk~~
~~G-8 U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

~~Stephen R. Ludwig, Clerk~~
~~P.O. Box 1498~~
~~Lafayette, IN 47902~~

William G. Putnicki, Clerk
L-100 U.S. Courthouse
111 East Broadway
Del Rio, TX 78840-5573

William G. Putnicki, Clerk
John H. Wood, Jr.
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

William T. Walsh, Clerk
1050 Mitchell H. Cohen
U.S. Courthouse
400 Cooper Street
Camden, NJ 08102

William T. Walsh, Clerk
Martin Luther King, Jr. Federal
Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

**Ryan Jackson**

| | |
|---|---|
| **From:** | Paula Farrell Pletcher |
| **Sent:** | Wednesday, October 25, 2006 5:18 PM |
| **To:** | Ryan Jackson |
| **Subject:** | FW: PLEASE FORWARD THIS E-MAIL TO YOUR OPERATIONS SUPERVISOR-THANK YOU |

cto-48 edny docket numbers.pdf...
cto-48.pdf
CTO-49 EDNY numbers.pdf
cto-49.pdf
CTO-50 EDNY )CKET NUMBERS.pd
cto-50.pdf
CTO-52 1596 EDNY NUMBERS.pdf
CTO-52 1596.pdf
cto-53 edny docket numbers.pdf...
cto-53.pdf
CTO-54 with EDNY docket number...
cto-54.pdf
Cto-56 with EDNY docket number...
CTO-56.pdf
CTO-58 EDNY )CKET NUMBERS.pd
cto-58.pdf
cto-59 with EDNY docket number...
cto-59.pdf
CTO-60 with EDNY docket number...
cto-60.pdf
cto-61 EDNY docket numbers.pdf...
cto-61.pdf
CTO-63 EDNY )CKET NUMBERS.pd
CTO-63.pdf
CTO-64 EDNY )CKET NUMBERS.pd
CTO-64.pdf
CTO-65 EDNY )CKET NUMBERS.pd
CTO-65.pdf
cto-66 1596.pdf
CTO-66 edny ocket numbers.pdf.
cto-67 1596.pdf
cto-67 edny docket numbers.pdf...
cto-69 1596 edny docket numbe...
cto-69 1596.pdf
cto-70 1596 docket numbers.pdf...
cto-70 1596.pdf

Ryan:

Although I have forwarded all of the attached orders, your case is only captured under the first order, CTO 48. The balance of the orders attached are not related to any Rhode Island Case.

Paula

Paula Farrell Pletcher
Case Management Supervisor
US District Court - Rhode Island
401-752-7207

-----Original Message-----
From: Rhonda Price
Sent: Wednesday, October 25, 2006 4:19 PM
To: Paulette Dube; Paula Farrell Pletcher
Subject: FW: PLEASE FORWARD THIS E-MAIL TO YOUR OPERATIONS SUPERVISOR-THANK YOU

FYI????

-----Original Message-----
From: August_Marziliano@nyed.uscourts.gov
[mailto:August_Marziliano@nyed.uscourts.gov]
Sent: Wednesday, October 25, 2006 2:27 PM
To: human_resources_contacts@ao.uscourts.gov
Cc: PANELMDL@ao.uscourts.gov; Terry_Vaughn@nyed.uscourts.gov;
Marc_V_Brown@nyed.uscourts.gov
Subject: PLEASE FORWARD THIS E-MAIL TO YOUR OPERATIONS SUPERVISOR-THANK YOU

IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

This e-mail may or may not apply to your Court. If it doesn't, please disregard
You may receive a few more of these e-mails in the future.

Attached are Conditional Transfer Orders 48-50, 52-54,56,58-61,63-67,69 and 70 and copies of the same CTOs with the corresponding Eastern District of New York docket numbers. noted.

You may now close your case or cases.

We will capture all necessary information from your ECF system. You need not send us any docket sheets or documentation.
For documents that have not been scanned, we will contact your individual Court and send a more specific request.

Thank you
August Marziliano
Administrative Assistant/Budget Analyst

(See attached file: cto-48 edny docket numbers.pdf)(See attached file: cto-48.pdf)(See attached file: CTO-49 EDNY numbers.pdf)(See attached file: cto-49.pdf)(See attached file: CTO-50 EDNY DOCKET NUMBERS.pdf)(See attached file: cto-50.pdf)
(See attached file: CTO-52 1596 EDNY NUMBERS.pdf)(See attached file: CTO-52 1596.pdf)(See attached file: cto-53 edny docket numbers.pdf)(See attached file: cto-53.pdf)(See attached file: CTO-54 with EDNY docket numbers..pdf)
(See attached file: cto-54.pdf)(See attached file: Cto-56 with EDNY docket numbers.pdf)(See attached file: CTO-56.pdf)(See attached file: CTO-58 EDNY DOCKET NUMBERS.pdf)(See attached file: cto-58.pdf)(See attached file: cto-59 with EDNY docket numbers.pdf)
(See attached file: cto-59.pdf)(See attached file: CTO-60 with EDNY docket numbers.pdf)(See attached file: cto-60.pdf)(See attached file: cto-61 EDNY docket numbers.pdf)(See attached file: cto-61.pdf)(See attached file: CTO-63 EDNY DOCKET NUMBERS.pdf)
(See attached file: CTO-63.pdf)(See attached file: CTO-64 EDNY DOCKET NUMBERS.pdf)
(See attached file: CTO-64.pdf)(See attached file: CTO-65 EDNY DOCKET NUMBERS.pdf)(See attached file: CTO-65.pdf)(See attached file: cto-66 1596.pdf)(See attached file: CTO-66 edny Docket numbers.pdf)(See attached file: cto-67 1596.pdf)
(See attached file: cto-67 edny docket numbers.pdf)(See attached file: cto-69 1596 edny docket numbers.pdf)(See attached file: cto-69 1596.pdf)
(See attached file: cto-70 1596 docket numbers.pdf)(See attached file: cto-70 1596.pdf)

**SCHEDULE CTO-48 - TAG-ALONG ACTIONS**

**DOCKET NO. 1596**

**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-569 | Crystal Wesley v. Eli Lilly & Co., et al. 06CV2586 |
| ALN 2 06-603 | Jerry Turner v. Eli Lilly & Co. 06CV2587 |
| ALN 2 06-604 | Diane Wayne, et al. v. Eli Lilly & Co. 06CV2588 |
| ~~ALN 2 06-656~~ | ~~Miriam Clarke, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/11/06 |
| ALN 5 06-576 | Pamela Jackson v. Eli Lilly & Co., et al. 06CV2589 |
| ~~ALN 7 06-634~~ | ~~Vanessa Brownlee v. Eli Lilly & Co., et al.~~ Opposed 5/2/06 |
| ALN 7 06-636 | Donna K. Anderson v. Eli Lilly & Co., et al. 06CV-2590 |
| **ALABAMA SOUTHERN** | |
| ALS 2 06-193 | Magdalene Wright v. Eli Lilly & Co., et al. 06CV2591 |
| **ARIZONA** | |
| AZ 2 06-577 | Yolanda Chavez, et al. v. Eli Lilly & Co. 06CV2592 |
| AZ 2 06-608 | Mitchell Beck v. Eli Lilly & Co. 06CV2593 |
| AZ 4 06-101 | Michelle Bottineau v. Eli Lilly & Co. 06CV2594 |
| **CALIFORNIA CENTRAL** | |
| ~~CAC 2 06-1938~~ | ~~Karl Scoggins, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/3/06 |
| ~~CAC 2 06-1944~~ | ~~Patricia Godley, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/8/06 |
| ~~CAC 2 06-2008~~ | ~~Joel Aigario, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/11/06 |
| ~~CAC 2 06-2010~~ | ~~Janet McCoy, et al. v. Eli Lilly & Co., et al.~~ Vacated 5/3/06 |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-37 | Robin McCoy v. Eli Lilly & Co. 06CV2595 |
| **DELAWARE** | |
| DE 1 06-134 | Dewitt Peterkin v. Eli Lilly & Co. 06CV2596 |
| DE 1 06-135 | Darrell C. Brown v. Eli Lilly & Co. 06CV2597 |
| **FLORIDA NORTHERN** | |
| FLN 3 06-81 | Paul D. Bridges, Jr. v. Eli Lilly & Co. 06CV-2598 |
| **GEORGIA NORTHERN** | |
| GAN 1 06-756 | Joannae L. Sheffield v. Eli Lilly & Co. 06CV2599 |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-179 | Richard D. Rogart, et al. v. Eli Lilly & Co. 06CV2600 |
| ILS 3 06-180 | Billie James Thompson, Jr., et al. v. Eli Lilly & Co. 06CV2601 |
| ~~ILS 3 06-269~~ | ~~Linda Perry, et al. v. Eli Lilly & Co.~~ Opposed 5/5/06 |
| **INDIANA NORTHERN** | |
| ~~INN 4 06-23~~ | ~~John Partin, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-24~~ | ~~Alan Jaggis, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-25~~ | ~~Hucy Hendrix, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-26~~ | ~~Mary Slade, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-27~~ | ~~Lynette Hanson, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-28~~ | ~~Nancy Emanuel, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-29~~ | ~~Raleigh Harris, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-30~~ | ~~Leland Bond, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-31~~ | ~~Faye Hood, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-32~~ | ~~Melissa Bidy, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-33~~ | ~~Patricia Trimble, et al v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-34~~ | ~~Ernest Moorer, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |
| ~~INN 4 06-35~~ | ~~George Horn, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06 |

~~INN 4 06-36 Carol Lee Moore, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-37 Wayne Adams, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-38 Mary Billings, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-39 David Wilkison, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-40 Richard Eickhoff, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-41 Vaunita Duval, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-42 Ada Adair, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-43 Yvonne Dupain, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-44 Allen Amos, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-45 James Harstad, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-47 John Cole, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-72 Marc Scaillet, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-73 James Anthony, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06
~~INN 4 06-74 James Alexander, et al. v. Eli Lilly & Co.~~ Opposed 5/11/06

MASSACHUSETTS
MA 1 06-10370 John W. Willwerth v. Eli Lilly & Co. 06 CV 2602

MINNESOTA
MN 0 06-1252 Anthony Grippando v. Eli Lilly & Co. 06 CV 2603
MN 0 06-1253 Dennis Fox v. Eli Lilly & Co. 06 CV 2604
MN 0 06-1254 Marsha Murphy v. Eli Lilly & Co. 06 CV 2543
MN 0 06-1255 Amy Salerno v. Eli Lilly & Co. 06 CV 2544
MN 0 06-1256 Lynn Randall v. Eli Lilly & Co. 06 CV 2545
MN 0 06-1257 Frederick Pernell v. Eli Lilly & Co. 06 CV 2546
MN 0 06-1258 Rozanne Gay v. Eli Lilly & Co. 06 CV 2547
MN 0 06-1259 James Faraguna v. Eli Lilly & Co. 06 CV 2548
MN 0 06-1260 James Prendergast v. Eli Lilly & Co. 06 CV 2549

NEW JERSEY
NJ 1 06-943 Sally Benson v. Eli Lilly & Co. 06 CV 2550
NJ 2 06-910 Alice M. Montero v. Eli Lilly & Co. 06 CV 2551
NJ 2 06-914 Janis E. Dropkin v. Eli Lilly & Co. 06 CV 2552

NEW YORK SOUTHERN
NYS 1 06-1604 Ellen Henderson v. Eli Lilly & Co. 06-2553
NYS 1 06-1605 Renee M. Myers v. Eli Lilly & Co. 06-2554
NYS 1 06-1606 Luis A. Roman v. Eli Lilly & Co. 06-2555
NYS 1 06-1607 Edward C. Anderes v. Eli Lilly & Co. 06-2556
NYS 1 06-1608 Dodd W. Kleinschmidt v. Eli Lilly & Co. 06-2557
NYS 1 06-1609 Charles S. Kellerhouse v. Eli Lilly & Co. 06-2558
NYS 1 06-1610 Warren Farrell v. Eli Lilly & Co. 06-2559
NYS 1 06-1611 Gary F. Gilson v. Eli Lilly & Co. 06-2560

OHIO NORTHERN
OHN 1 06-739 Mary M. Svigelj, etc. v. Eli Lilly & Co. 06 2561

OREGON
OR 1 06-279 Elton A. Linde v. Eli Lilly & Co. 06 2562

PENNSYLVANIA EASTERN
PAE 2 06-866 Kim Thomas v. Eli Lilly & Co. 06-2563
PAE 2 06-911 Edward S. Kuzma, Jr. v. Eli Lilly & Co. 06-2564
PAE 2 06-912 Melda E. Ayres v. Eli Lilly & Co. 06-2566
PAE 2 06-913 Randell E. Devlin v. Eli Lilly & Co. 06-2565
PAE 2 06-914 Albert G. Sucillon v. Eli Lilly & Co. 06-2648

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| PAE 2 06-939 | John R. Farrington, et al. v. Eli Lilly & Co. | 06 CV-2656 |
| RHODE ISLAND | | |
| RI 1 06-91 | Nancy H. Hodgson v. Eli Lilly & Co. | 06 CV-2657 |
| TENNESSEE MIDDLE | | |
| TNM 3 06-173 | Johnny Spann v. Eli Lilly & Co. | 06 CV 2658 |
| TNM 3 06-174 | Kenneth S. Hale v. Eli Lilly & Co. | 06 CV 2659 |
| TEXAS SOUTHERN | | |
| TXS 4 06-651 | Mylyssa M. McDonald v. Eli Lilly & Co. | 06 CV 2660 |
| TXS 4 06-1031 | Mary Ferguson v. Eli Lilly & Co., et al. | 06 CV 2661 |
| TEXAS WESTERN | | |
| TXW 2 06-11 | Willie Mazon, et al. v. Eli Lilly & Co. | 06 CV 2662 |
| TXW 5 06-187 | Laverne A. Martin v. Eli Lilly & Co. | 06 CV 2663 |
| VERMONT | | |
| VT 2 06-45 | Matthew Percy v. Eli Lilly & Co. | 06 CV 2665 |